UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Charlena Gum, ) <br>     Defendant. ) | Cause No. 4:17CR00578 CDP |

### *DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT*

COMES NOW Defendant, Charlena Gum, by and through her attorney, files her objections to the Presentence Report. The defendant has no legal objections but has the following factual objections:

Paragraph 74.

The defendant's net worth is not $70,000.00. The resisence at 1028 Hancock has a loan for approximately is complete worth. This defendant has no interest in her parents house and the house of her husband's parents has been sold and the proceeds have been spent on his legal defense. Thus, this defendant has no positive net worth.

Respectfully Submitted,

 /s/ David Bruns
_____
David Bruns #38665MO
Attorney for Defendant
225 South Meramec, Suite 1100
Clayton, MO 63105
Phone:  314-832-0202
Fax:     314-269-1042
david@brunspc.com

CERTIFICATE OF SERVICE

    I certify that a true copy of the above was served on the U.S. Attorney's Office via electronic e-mail on the above date.

                                          /s/ David Bruns
                                          _____